**WULFSBERG REESE COLVIG & FIRSTMAN**
**PROFESSIONAL CORPORATION**
300 LAKESIDE DRIVE, 24TH FLOOR
OAKLAND, CA 94612-3524
TELEPHONE: 510.835.9100
FACSIMILE: 510.451.2170

CHARLES W. REESE, BAR NO. 045805
TIMOTHY A. COLVIG, BAR NO. 114723
MICHAEL J. HIGGINS, BAR NO. 151549
ATTORNEYS FOR DEFENDANT AND COUNTERCLAIMANT, CITY OF STOCKTON

**FOLEY & LARDNER LLP**
ATTORNEYS AT LAW
ONE MARITIME PLAZA, SIXTH FLOOR
SAN FRANCISCO, CA 94111-3409
TELEPHONE: 415.434.4484
FACSIMILE: 415.434.4507

MICHAEL E. DELEHUNT, BAR NO. 070619
MICHAEL A. NARANJO, BAR NO. 221449
SEAN P. WELCH, BAR NO. 227101
ATTORNEYS FOR PLAINTIFF AND COUNTERDEFENDANT,
AMERICAN MEDICAL RESPONSE, INC., A DELAWARE CORPORATION

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN MEDICAL RESPONSE, INC., A DELAWARE CORPORATION,<br><br>        PLAINTIFF,<br><br>    v.<br><br>CITY OF STOCKTON, A CALIFORNIA MUNICIPAL CORPORATION; DOES 1 THROUGH 50,<br><br>        DEFENDANTS. | CASE NO. 2:05-CV-01316-DFL-PAN<br><br>**STIPULATION AND ORDER RE EXPEDITED DISCOVERY** |
| CITY OF STOCKTON, A CALIFORNIA MUNICIPAL CORPORATION,<br><br>        COUNTERCLAIMANT,<br><br>    v.<br><br>AMERICAN MEDICAL RESPONSE, INC., A DELAWARE CORPORATION,<br><br>        COUNTERDEFENDANT. | |

016.366038.1         STIPULATION AND ORDER RE EXPEDITED DISCOVERY

Plaintiff and counterdefendant American Medical Response, Inc. ("AMR") and defendant and counterclaimant City of Stockton (collectively, the "parties") hereby stipulate to expedited discovery in preparation for a hearing on the motion for preliminary injunction the City of Stockton intends to notice for hearing on September 14, 2005 and in preparation for a hearing on the motion for summary judgment AMR intends to notice for hearing on September 14, 2005.  In particular, the parties stipulate to lift the stays on discovery and motions under Federal Rules of Civil Procedure 16, 26, and 56, so that the parties can have the City of Stockton's motion for preliminary injunction and AMR's motion for summary judgment heard on September 14, 2005, and so that they each can take the following expedited discovery on or before August 15, 2005:

- Up to seven (7) depositions, of which:
  - Not more than five can be 4-hour depositions of party witnesses; and
  - Not more than three can be 3-hour depositions of third party witnesses;
- Up to 15 requests for production of documents to each party, with 10-day response time.

1  The limited depositions will be without prejudice to completion after the hearings
2  described above. Likewise, the limited requests for production will be without prejudice to
3  additional written discovery after the hearings described above.
4  IT IS SO STIPULATED

5  DATED: JULY ___, 2005                              WULFSBERG REESE COLVIG &
                                                     FIRSTMAN
6                                                    PROFESSIONAL CORPORATION

7
8                                                    _____
                                                     CHARLES W. REESE
9                                                    ATTORNEYS FOR DEFENDANT AND
                                                     COUNTERCLAIMANT, CITY OF
10                                                   STOCKTON

11
12  DATED: JULY ___, 2005                            FOLEY & LARDNER LLP

13
14                                                   _____
                                                     MICHAEL E. DELEHUNT
15                                                   ATTORNEYS FOR PLAINTIFF AND
                                                     COUNTERDEFENDANT, AMERICAN
16                                                   MEDICAL RESPONSE, INC.

17  IT IS SO ORDERED
18  DATED: JULY _26, 2005

19
20                                                        /s/ David F. Levi
                                                     _____
                                                     UNITED STATES DISTRICT COURT
21                                                   FOR THE EASTERN DISTRICT OF
                                                     CALIFORNIA
22
23
24
25
26
27
28

016.366038.1

3
STIPULATION AND ORDER RE EXPEDITED DISCOVERY