**WULFSBERG REESE COLVIG & FIRSTMAN**
**PROFESSIONAL CORPORATION**
300 LAKESIDE DRIVE, 24TH FLOOR
OAKLAND, CA 94612-3524
TELEPHONE:  510.835.9100
FACSIMILE:  510.451.2170

CHARLES W. REESE, BAR NO. 045805
TIMOTHY A. COLVIG, BAR NO. 114723
MICHAEL J. HIGGINS, BAR NO. 151549
ATTORNEYS FOR DEFENDANT AND COUNTERCLAIMANT, CITY
OF STOCKTON

**FOLEY & LARDNER LLP**
ATTORNEYS AT LAW
ONE MARITIME PLAZA, SIXTH FLOOR
SAN FRANCISCO, CA 94111-3409
TELEPHONE:  415.434.4484
FACSIMILE:  415.434.4507

MICHAEL E. DELEHUNT, BAR NO. 070619
MICHAEL A. NARANJO, BAR NO. 221449
SEAN P. WELCH, BAR NO. 227101
ATTORNEYS FOR PLAINTIFF AND COUNTERDEFENDANT,
AMERICAN MEDICAL RESPONSE, INC., A DELAWARE
CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN MEDICAL RESPONSE, INC., A DELAWARE CORPORATION<br><br>PLAINTIFF,<br><br>v.<br><br>CITY OF STOCKTON, A CALIFORNIA MUNICIPAL CORPORATION; DOES 1 THROUGH 50,<br><br>DEFENDANTS.<br><br>CITY OF STOCKTON, A CALIFORNIA MUNICIPAL CORPORATION,<br><br>COUNTERCLAIMANT,<br><br>v.<br><br>AMERICAN MEDICAL RESPONSE, INC., A DELAWARE CORPORATION,<br><br>COUNTERDEFENDANT. | CASE NO. 2:05-CV-01316-DFL-PAN<br><br>**STIPULATION AND ORDER RE FILING OF A FIRST AMENDED COMPLAINT BY AMERICAN MEDICAL RESPONSE, INC.** |

1   IT IS HEREBY STIPULATED by and between Plaintiff and Counterdefendant American

2   Medical Response, Inc. ("AMR") and Defendant and Counterclaimant City of Stockton, through

3   their respective attorneys of record (collectively, the "parties"), that AMR may file a First

4   Amended Complaint, a copy of which is attached hereto.

5   IT IS FURTHER STIPULATED between the parties that the City of Stockton waives

6   notice and service of the First Amended Complaint and shall respond to the First Amended

7   Complaint within 20 days after entry of the Court's order approving this stipulation.

8   IT IS SO STIPULATED

9   DATED:  JULY _26, 2005                          WULFSBERG REESE COLVIG &
                                                    FIRSTMAN
10                                                  PROFESSIONAL CORPORATION

11

12                                                  _____/S/___Charles W. Reese_____
                                                    CHARLES W. REESE
13                                                  ATTORNEYS FOR DEFENDANT AND
                                                    COUNTERCLAIMANT, CITY OF
14                                                  STOCKTON

15

16   DATED:  JULY _25, 2005                         FOLEY & LARDNER LLP

17

18                                                  _____/S/ Michael E. Delehunt_____
                                                    MICHAEL E. DELEHUNT
19                                                  ATTORNEYS FOR PLAINTIFF AND
                                                    COUNTERDEFENDANT, AMERICAN
20                                                  MEDICAL RESPONSE, INC.

21   IT IS SO ORDERED

22   DATED:  JULY _27, 2005

23

24                                                  /s/ David F. Levi_____
                                                    UNITED STATES DISTRICT COURT
25                                                  FOR THE EASTERN DISTRICT OF
                                                    CALIFORNIA
26

27

28

STIPULATION AND ORDER RE FILING FIRST AMENDED COMPLAINT

016.366127.1