WULFSBERG REESE COLVIG & FIRSTMAN
PROFESSIONAL CORPORATION
Charles W. Reese - 045805
Timothy A. Colvig - 114723
Michael J. Higgins - 151549
Kaiser Center
300 Lakeside Drive, 24th Floor
Oakland, CA 94612-3524
Telephone: (510) 835-9100
Facsimile: (510) 451-2170

OFFICE OF THE CITY ATTORNEY, CITY OF STOCKTON
Richard E. Nosky -- 130726
Michael T. Rishwain – 109402
City Hall- 425 N. El Dorado Street
Stockton, CA 95202

Attorneys for Defendant
The City of Stockton

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN MEDICAL RESPONSE, INC., A Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF STOCKTON, A California Municipal Corporation; DOES 1 THROUGH 50,<br><br>Defendant.<br><hr>CITY OF STOCKTON, a California Municipality,<br><br>Counterclaimant,<br><br>vs.<br><br>AMERICAN MEDICAL RESPONSE, INC., a Delaware Corporation,<br><br>Counterdefendant. | No. 2:05-CV-01316-DFL-PAN<br><br>**DECLARATION OF MICHAEL J. HIGGINS IN OPPOSITION TO AMERICAN MEDICAL RESPONSE INC.'s MOTION FOR SUMMARY JUDGMENT, OR, IN THE ALTERNATIVE SUMMARY ADJUDICATION**<br><hr>Date:   September 14, 2005<br>Time:   10 a.m.<br>Courtroom:  7<br><br>Honorable David F. Levi |

I, Michael J. Higgins, declare:

1. I am an attorney with the firm Wulfsberg Reese Colvig & Firstman, PC, attorneys of record for the City of Stockton, defendant and counterclaimant in this case. I have personal knowledge of the matters stated herein.

2. Attached hereto behind the tab "Gillis Depo" are true and correct copies of pages from the certified deposition transcript of W. Gary Gillis, taken on August 5, 2005. The excerpt includes the first page of the deposition transcript and the certification page.

3. Attached hereto behind the tab "Meyer Depo" are true and correct copies of pages from the certified deposition transcript of Louis Meyer, taken on August 8, 2005. The excerpt includes the first page of the deposition transcript and the certification page.

4. Attached hereto as Exhibit 1 is a true and correct copy of Deposition Exhibit number 4, authenticated at page 32 of the Meyer deposition.

5. Attached hereto as Exhibit 2 is a true and correct copy of Deposition Exhibit number 5, authenticated at pages 43-45 of the Meyer deposition.

6. Attached hereto as Exhibit 3 is a true and correct copy of Deposition Exhibit number 11, authenticated at pages 86-87 of the Meyer deposition.

7. Attached hereto as Exhibit 4 is a true and correct copy of Deposition Exhibit number 12, authenticated at pages 102-103 of the Meyer deposition.

8. Attached hereto as Exhibit 5 is a true and correct copy of Deposition Exhibit number 17, authenticated at page 129 of the Meyer deposition.

9. Attached hereto as Exhibit 6 is a true and correct copy of Deposition Exhibit number 18, authenticated at pages 132-133 of the Meyer deposition.

10. Attached hereto as Exhibit 7 is a true and correct copy of Deposition Exhibit number 19, authenticated at page 134 of the Meyer deposition.

11. Attached hereto behind the tab "Hafey Depo" are true and correct copies of pages

1 from the certified deposition transcript of David Hafey, taken on August 10, 2005. The excerpt
2 includes the first page of the deposition transcript and the certification page.

3     12.    Attached hereto behind the tab "Lewis Depo" are true and correct copies of pages
4 from the certified deposition transcript of Mark Lewis, taken on August 10, 2005. The excerpt
5 includes the first page of the deposition transcript and the certification page.

6     13.    Attached hereto behind the tab "Rodriquez Depo" are true and correct copies of
7 pages from the certified deposition transcript of Edmond Rodriquez, taken on August 11, 2005.
8 The excerpt includes the first page of the deposition transcript and the certification page.

9     14.    Attached hereto behind the tab "Elzig Depo" are true and correct copies of pages
10 from the certified deposition transcript of Barry Elzig, taken on August 11, 2005. The excerpt
11 includes the first page of the deposition transcript and the certification page.

12     15.    Attached hereto as Exhibit 8 is a true and correct copy of Deposition Exhibit
13 number 43, authenticated at pages 26-28 and 100-103 of the Elzig deposition.

14     16.    Attached hereto as Exhibit 9 is a true and correct copy of Deposition Exhibit
15 number 6, authenticated at pages 79-80 of the Elzig deposition.

16     17.    Attached hereto behind the tab "White Depo" are true and correct copies of pages
17 from the certified deposition transcript of Bradley White taken on August 12, 2005. The excerpt
18 includes the first page of the deposition transcript and the certification page.

19     18.    Attached hereto as Exhibit 10 is a true and correct copy of Deposition Exhibit
20 number 31, authenticated at pages 99-100 of the White deposition.

21     19.    Attached hereto behind the tab "Hakeem Depo" are true and correct copies of pages
22 from the certified deposition transcript of Michael Hakeem, taken on August 12, 2005. The
23 excerpt includes the first page of the deposition transcript and the certification page.

24     20.    Attached hereto as Exhibit 11 is a true and correct copy of Deposition Exhibit
25 number 51, authenticated at pages 17-18 of the Hakeem deposition.

26     21.    Attached hereto as Exhibit 12 is a true and correct copy of Deposition Exhibit
27 number 52, authenticated at pages 22-26 of the Hakeem deposition.

28     I declare under penalty of perjury under the laws of California that the foregoing is true and

-3-
DECLARATION OF MICHAEL J. HIGGINS IN OPPOSITION TO AMR's MOTION FOR SUMMARY JUDGMENT
1881-010\2102948.1

LAW OFFICES
WULFSBERG REESE COLVIG & FIRSTMAN
PROFESSIONAL CORPORATION
KAISER CENTER
300 LAKESIDE DRIVE, 24TH FLOOR
OAKLAND, CALIFORNIA 94612-3524
TELEPHONE (510) 835-9100

1 | correct.  Executed this 31st day of August 2005.

2 | /s/Michael J. Higgins

3 | MICHAEL J. HIGGINS

LAW OFFICES
WULFSBERG REESE COLVIG & FIRSTMAN
PROFESSIONAL CORPORATION
KAISER CENTER
300 LAKESIDE DRIVE, 24TH FLOOR
OAKLAND, CALIFORNIA 94612-3524
TELEPHONE (510) 835-9100

-4-
DECLARATION OF MICHAEL J. HIGGINS IN OPPOSITION TO AMR's MOTION FOR SUMMARY JUDGMENT
1881-010\2102948.1