*American Medical Response, Inc. v. City of Stockton*
*United States District Court- Eastern District No. 2:05-CV-01316-DFL-PAN*

# EXHIBIT 8

| ID | O | Task Name | Duration | Start | Finish | P | Resource Names |
|---|---|---|---|---|---|---|---|
| 1 | | **RFP Project** | ###### | **Tue 3/30/04** | **Mon 11/1/04** | | |
| 2 | | | | | | | |
| 3 | | **Credentialing** | 1 day? | Tue 3/30/04 | Tue 3/30/04 | | |
| 4 | | | | | | | |
| 5 | | **Financials - Audited** | **1 day?** | **Tue 4/6/04** | **Tue 4/6/04** | | |
| 6 | | AMR - 3 years - audited financials | 1 day? | Tue 4/6/04 | Tue 4/6/04 | | Brad |
| 7 | | City of Stockton - 3 years - audited financials | 1 day? | Tue 4/6/04 | Tue 4/6/04 | | Rodriguez |
| 8 | | City of Lodi - 3 years - audited financials | 1 day? | Tue 4/6/04 | Tue 4/6/04 | | Pretz |
| 9 | | | | | | | |
| 10 | | **Litigation** | **1 day?** | **Tue 3/30/04** | **Tue 3/30/04** | | |
| 11 | | City of Stockton - list and summary of litigation for FD | 1 day? | Tue 3/30/04 | Tue 3/30/04 | | hafey |
| 12 | | City of Lodi - list and summary of litigations for FD | 1 day? | Tue 3/30/04 | Tue 3/30/04 | | Pretz |
| 13 | | AMR - list and summary of litigation for FD | 1 day? | Tue 3/30/04 | Tue 3/30/04 | | Barry |
| 14 | | | | | | | |
| 15 | | Create Cover Page for RFP | 1 day? | Tue 3/30/04 | Tue 3/30/04 | | Morrell |
| 16 | | Weber Point Picture Lodi FD, TFD, AMR, A-one, SFD | 1 day? | Tue 3/30/04 | Tue 3/30/04 | | Roy |
| 17 | | **Experience -** | | | | | |
| 18 | | AMR - All City / LMI - list of experience | 1 day? | Tue 3/30/04 | Tue 3/30/04 | | Rodriguez |
| 19 | | City of Stockton - SFD - list of experience | 1 day? | Tue 3/30/04 | Tue 3/30/04 | | Shapiro |
| 20 | | City of Lodi - list of experience | 1 day? | Tue 3/30/04 | Tue 3/30/04 | | Pretz |
| 21 | | | | | | | |
| 22 | | **Verification Letters** | **1 day?** | **Tue 3/30/04** | **Tue 3/30/04** | | |
| 23 | | SFD - EMS Verification Letters | 1 day? | Tue 3/30/04 | Tue 3/30/04 | | hafey |
| 24 | | AMR - EMS Verification Letters | 1 day? | Tue 3/30/04 | Tue 3/30/04 | | Barry |
| 25 | | Lodi Fire - EMS Verification Letters | 1 day? | Tue 3/30/04 | Tue 3/30/04 | | Pretz |
| 26 | | | | | | | |
| 27 | | **Ambulance Permits** | **1 day?** | **Tue 3/30/04** | **Tue 3/30/04** | | |
| 28 | | SFD - Copies of ambulance permits | 1 day? | Tue 3/30/04 | Tue 3/30/04 | | hafey |
| 29 | | AMR - Copies of ambulance permits | 1 day? | Tue 3/30/04 | Tue 3/30/04 | | Elzig |
| 30 | | | | | | | |
| 31 | | **CHP Inspections** | 1 day? | Tue 3/30/04 | Tue 3/30/04 | | |
| 32 | | AMR - Copies of CHP Inspections | 2 days? | Tue 3/30/04 | Mon 4/5/04 | | Elzig |
| 33 | | | | | | | |
| 34 | | **Endorsement Letters - Hospitals and others** | 1 day? | Tue 3/30/04 | Tue 3/30/04 | | |
| 35 | | AMR - Provide Template for Endorsement Letters | 1 day? | Tue 3/30/04 | Tue 3/30/04 | | Barry |
| 36 | | SFD - Obain Endorsement Letters | 1 day? | Tue 3/30/04 | Tue 3/30/04 | | Rodriguez |

Δ π EXHIBIT 43
Deponent Elzig
Date 8/1/05 Rptr B JT
WWW.DEPOBOOK.COM

CS 003368

| ID | O | Task Name | Duration | Start | Finish | P | Resource Names |
|---|---|---|---|---|---|---|---|
| 37 | | AMR - Obtain Endorsement Letters | 1 day? | Tue 3/30/04 | Tue 3/30/04 | | Barry |
| 38 | | City of Lodi - Obain Endorsement Letters | 1 day? | Tue 3/30/04 | Tue 3/30/04 | | Pretz |
| 39 | | | | | | | |
| 40 | | **Management Bio - Resume - Job Descriptions** | 1 day? | Tue 3/30/04 | Tue 3/30/04 | | |
| 41 | ✓ | AMR - Provide BIO / Resume Template | 1 day? | Tue 4/6/04 | Tue 4/6/04 | | Brad |
| 42 | 📅 | SFD - Priovide BIO on all Senior Staff | 1 day? | Tue 4/6/04 | Tue 4/6/04 | | Rodriguez |
| 43 | | City of Lodi - Priovide BIO on all Senior Staff | 1 day? | Tue 3/30/04 | Tue 3/30/04 | | Pretz |
| 44 | | | | | | | |
| 45 | | **Administrative Management** | **1 day?** | **Tue 3/30/04** | **Tue 3/30/04** | | |
| 46 | | Organization Chart of Joint Venture - Administration | 1 day? | Tue 3/30/04 | Tue 3/30/04 | | |
| 47 | | AMR - Obtain HR Policies - new hires | 1 day? | Tue 3/30/04 | Tue 3/30/04 | | Barry |
| 48 | | SFD - Obtain HR Policies - new hires | 1 day? | Tue 3/30/04 | Tue 3/30/04 | | hafey |
| 49 | | City of Lodi - Obtain HR Policies - Hire lists | 1 day? | Tue 3/30/04 | Tue 3/30/04 | | Pretz |
| 50 | | AMR - Administrative Org Chart | 1 day? | Tue 3/30/04 | Tue 3/30/04 | | |
| 51 | | City of Stockton - Administative Org Chart | 1 day? | Tue 3/30/04 | Tue 3/30/04 | | |
| 52 | | City of Lodi - Administrative Org Chart | 1 day? | Tue 3/30/04 | Tue 3/30/04 | | |
| 53 | | | | | | | |
| 54 | | **Operational Management** | **1 day?** | **Tue 3/30/04** | **Tue 3/30/04** | | |
| 55 | | AMR - Obtain Copies of all Policies and Procedures/MOU's | 1 day? | Tue 3/30/04 | Tue 3/30/04 | | Barry |
| 56 | | SFD - Obtain Copies of all Policies and Procedures/MOU's | 1 day? | Tue 3/30/04 | Tue 3/30/04 | | hafey |
| 57 | | City of Lodi - Obtain Copies of all Policies and Procedures/MOU's/ | 1 day? | Tue 3/30/04 | Tue 3/30/04 | | Pretz |
| 58 | | | | | | | |
| 59 | 📅 | **Insurance** | 1 day? | Tue 4/6/04 | Tue 4/6/04 | | All |
| 60 | 📅 | City of Stockton - Obtain copies of Certificates of Insurance | 1 day? | Tue 4/6/04 | Tue 4/6/04 | | Ed |
| 61 | 📅 | AMR - Obtain copies of Certificates of Insurance | 1 day? | Tue 4/6/04 | Tue 4/6/04 | | Barry |
| 62 | 📅 | City of Lodi - Obtain Copies of Certificates of Insurance | 1 day? | Tue 4/6/04 | Tue 4/6/04 | | Pretz |
| 63 | | | | | | | |
| 64 | | | | | | | |
| 65 | | **Create Pictures for RFP** | **1 day?** | **Tue 3/30/04** | **Tue 3/30/04** | | |
| 66 | | Script mapped out | 1 day? | Tue 3/30/04 | Tue 3/30/04 | | Morrell |
| 67 | | Create Video for Proposal | 1 day? | Tue 3/30/04 | Tue 3/30/04 | | Morrell |
| 68 | | | | | | | |
| 69 | | City of Lodi - Proposal Security Deposit | 1 day? | Tue 3/30/04 | Tue 3/30/04 | | Pretz |
| 70 | | City of Stockton - Proposal Security Deposit | 1 day? | Tue 3/30/04 | Tue 3/30/04 | | Rodriguez |
| 71 | | AMR - Proposal Security Deposit | 1 day? | Tue 3/30/04 | Tue 3/30/04 | | Barry |
| 72 | | A-One - Proposal Security Deposit | 1 day? | Tue 3/30/04 | Tue 3/30/04 | | Donna |

CS 003369

| ID | O | Task Name | Duration | Start | Finish | P | Resource Names |
|---|---|---|---|---|---|---|---|
| 73 | | **Communication System** | | | | | |
| 74 | | Attached Copy of County Communication Plan | 1 day? | Tue 3/30/04 | Tue 3/30/04 | | hafey |
| 75 | | AMR Communication System - list of equipment and capabilities | 1 day? | Tue 3/30/04 | Tue 4/13/04 | | Cindy |
| 76 | | SFD- Communication System - list of equipment and capabilities | 1 day? | Tue 4/13/04 | Tue 4/13/04 | | Erdman |
| 77 | | City of Lodi - Communication System - list of equipment and capabilities | 1 day? | Tue 4/13/04 | Tue 4/13/04 | | Pretz |
| 78 | | Discuss Regional dispatch concept / Simo dispatch | 1 day? | Tue 4/13/04 | Tue 4/13/04 | | Erdman |
| 79 | | Describe How AMR and SFD can be networked…. T-1 | 1 day? | Tue 3/30/04 | Tue 3/30/04 | | Erdman |
| 80 | | Describe How AMR and SFD back each other up… Disaster Plan | 1 day? | Tue 3/30/04 | Tue 3/30/04 | | Erdman |
| 81 | | SFD - Copies of FCC Licenses | 1 day? | Tue 3/30/04 | Tue 3/30/04 | | Erdman |
| 82 | | AMR - Copies of FCC Licenses | 1 day? | Tue 3/30/04 | Tue 3/30/04 | | Cindy |
| 83 | | City of Lodi - Copies of FCC Licenses | 1 day? | Tue 3/30/04 | Tue 3/30/04 | | Pretz |
| 84 | | Describe Redundant Communications systems | 1 day? | Tue 4/13/04 | Tue 4/13/04 | | All |
| 85 | | SFD - Describe Back-up Power | 1 day? | Tue 4/13/04 | Tue 4/13/04 | | Erdman |
| 86 | | AMR - Describe Back-up Power | 1 day? | Tue 3/30/04 | Tue 3/30/04 | | Barry |
| 87 | | SFD - Describe Communications Trailer | 1 day? | Tue 3/30/04 | Tue 3/30/04 | | Erdman |
| 88 | | Describe NEXTEL system used by AMR / SFD | 1 day? | Tue 3/30/04 | Tue 3/30/04 | | All |
| 89 | | AMR - Describe AMR's Modesto Center | 1 day? | Tue 4/13/04 | Tue 4/13/04 | | Barry |
| 90 | | Meeting for Communication Plan | | Tue 4/6/04 | Tue 4/6/04 | | All |
| 91 | | | 1 day? | Tue 3/30/04 | Tue 3/30/04 | | |
| 92 | | **Communications Staffing** | **1 day?** | **Tue 4/13/04** | **Tue 4/13/04** | | **All** |
| 93 | | AMR - Describe Dispatchers and Management | 1 day? | Tue 4/13/04 | Tue 4/13/04 | | Barry |
| 94 | | SFD - Describe Dispatchers and Management | 1 day? | Tue 3/30/04 | Tue 3/30/04 | | Erdman |
| 95 | | | | | | | |
| 96 | | **IT Staff** | **1 day?** | **Tue 3/30/04** | **Tue 3/30/04** | | |
| 97 | | AMR - Describe IT Staff | 1 day? | Tue 4/13/04 | Tue 4/13/04 | | Cindy |
| 98 | | SFD - Describe IT Staff | 1 day? | Tue 4/13/04 | Tue 4/13/04 | | Erdman |
| 99 | | Describe Networking Capabilities Currently in Place | 1 day? | Tue 4/13/04 | Tue 4/13/04 | | All |
| 100 | | City of Stockton - Describe GIS data and staff | 1 day? | Tue 4/13/04 | Tue 4/13/04 | | Erdman |
| 101 | | City of Lodi - Describe GIS data and staff | 1 day? | Tue 3/30/04 | Tue 3/30/04 | | Pretz |
| 102 | | City of Tracy - Describe GIS data and staff | 1 day? | Tue 3/30/04 | Tue 3/30/04 | | Estes |
| 103 | | AMR - Describe GIS data and staff | 1 day? | Tue 3/30/04 | Tue 3/30/04 | | Barry |
| 104 | | Describe how County GIS is linked to City Gis Departments | 1 day? | Tue 3/30/04 | Tue 3/30/04 | | All |
| 105 | | Describe Mapping System for units | 1 day? | Tue 4/13/04 | Tue 4/13/04 | | Erdman/B... |
| 106 | | | | | | | |
| 107 | | **CAD Systems** | **1 day?** | **Tue 3/30/04** | **Tue 3/30/04** | | |

CS 003370

| ID | O | Task Name | Duration | Start | Finish | P | Resource Names |
|---|---|---|---|---|---|---|---|
| 109 | 📇 | AMR - Describe CAD System | 1 day? | Tue 4/13/04 | Tue 4/13/04 | | Barry |
| 110 | | SFD - Describe CAD System | 1 day? | Tue 3/30/04 | Tue 3/30/04 | | Erdman |
| 111 | 📇 | Describe how the two CAD systems are joined - link | 1 day? | Tue 3/30/04 | Tue 3/30/04 | | Barry |
| 112 | | Describe back-up systems we can create with two CADS | 1 day? | Tue 3/30/04 | Tue 3/30/04 | | All |
| 113 | | Redundant units in cad | 1 day? | Tue 3/30/04 | Tue 3/30/04 | | |
| 114 | | **Alerting Systems** | **1 day?** | **Tue 3/30/04** | **Tue 3/30/04** | | |
| 115 | 📇 | AMR - Describe Alerting System | 1 day? | Tue 3/30/04 | Tue 3/30/04 | | Barry |
| 116 | | SFD - Describe Alerting System | 1 day? | Tue 3/30/04 | Tue 3/30/04 | | Erdman |
| 117 | | A-One - Describe Alerting System | 1 day? | Tue 3/30/04 | Tue 3/30/04 | | Donna |
| 118 | | City of Tracy - Describe Alerting System | 1 day? | Tue 3/30/04 | Tue 3/30/04 | | Estes |
| 119 | | City of Lodi - Describe Alerting System | 1 day? | Tue 3/30/04 | Tue 3/30/04 | | Pretz |
| 120 | 📇 | Back-up Alerting Systems - Describe | 1 day? | Tue 3/30/04 | Tue 3/30/04 | | Erdman |
| 121 | | | | | | | |
| 122 | | **Resources** | **1 day?** | **Tue 3/30/04** | **Tue 3/30/04** | | |
| 123 | | SFD - Describe First Responder Capabilities | 1 day? | Tue 3/30/04 | Tue 3/30/04 | | Tui |
| 124 | | SFD - Describe Number of First Responder Units | 1 day? | Tue 3/30/04 | Tue 3/30/04 | | Tui |
| 125 | | SFD - Number of Ambulances | 1 day? | Tue 3/30/04 | Tue 3/30/04 | | Tui |
| 126 | | Describe Current Deployment Plan - Current Capabilities | 1 day? | Tue 3/30/04 | Tue 3/30/04 | | All |
| 127 | | Describe Future Deployement Plans - Projected Capabilities | 1 day? | Tue 3/30/04 | Tue 3/30/04 | | All |
| 128 | 📇 | AMR - Number of paramedics/ EMT accredited - | 1 day? | Tue 4/20/04 | Tue 4/20/04 | | Barry |
| 129 | 📇 | SFD - Number of paramedics/ EMT accredited - | 1 day? | Tue 4/20/04 | Tue 4/20/04 | | Tui |
| 130 | | City of Lodi - Number of paramedics/ EMT accredited | 1 day? | Tue 3/30/04 | Tue 3/30/04 | | Pretz |
| 131 | | AMR - Number of RN's on Staff | 1 day? | Tue 3/30/04 | Tue 3/30/04 | | Barry |
| 132 | | City of Stockton - Number of RN's on Staff | 1 day? | Tue 3/30/04 | Tue 3/30/04 | | Tui |
| 133 | 📇 | Describe Critical Care Transport Capabilities | 1 day? | Tue 4/20/04 | Tue 4/20/04 | | Barry |
| 134 | | | | | | | |
| 135 | | **Medical Suppies - Disaster Prepardness** | **1 day?** | **Tue 3/30/04** | **Tue 3/30/04** | | |
| 136 | | AMR - Describe Capabilities for MCI | 1 day? | Tue 3/30/04 | Tue 3/30/04 | | Barry |
| 137 | | City of Stockton - Describe Capabilities for MCI | 1 day? | Tue 3/30/04 | Tue 3/30/04 | | Tui |
| 138 | | City of Tracy - Describe Capabilities for MCI | 1 day? | Tue 3/30/04 | Tue 3/30/04 | | Estes |
| 139 | | City of Lodi - Describe Capabilities for MCI | 1 day? | Tue 3/30/04 | Tue 3/30/04 | | Pretz |
| 140 | | A-One - Describe Capabilities for MCI | 1 day? | Tue 3/30/04 | Tue 3/30/04 | | Donna |
| 141 | | | | | | | |
| 142 | 📇 | **QA Programs** | 1 day? | Tue 4/20/04 | Tue 4/20/04 | | Janet,Nora |
| 143 | 📇 | AMR System - QA Programs | 1 day? | Tue 4/20/04 | Tue 4/20/04 | | Irene |
| 144 | 📇 | SFD System - QA Programs | 1 day? | Tue 4/20/04 | Tue 4/20/04 | | Norah |

CS 003371

| ID | O | Task Name | Duration | Start | Finish | P | Resource Names |
|---|---|---|---|---|---|---|---|
| 145 | 📋 | Meet to discuss best approach for QA | 1 day? | Tue 4/20/04 | Tue 4/20/04 | | All |
| 146 | | | | | | | |
| 147 | | **Complaint Process** | | | | | |
| 148 | 📋 | Complaint process/problem resolution | 1 day? | Tue 3/30/04 | Tue 3/30/04 | | |
| 149 | | | 1 day? | Tue 4/20/04 | Tue 4/20/04 | | Norah,Iren |
| 150 | | **Training Programs** | | | | | |
| 151 | 📋 | SFD - Describe Training Programs | 1 day? | Tue 3/30/04 | Tue 3/30/04 | | |
| 152 | 📋 | AMR - Describe Training Programs | 1 day? | Tue 4/27/04 | Tue 4/27/04 | | Tui |
| 153 | | LFD - Describe Training Programs | 1 day? | Tue 4/27/04 | Tue 4/27/04 | | Barry |
| 154 | | | 1 day? | Tue 3/30/04 | Tue 3/30/04 | | Pretz |
| 155 | | **Human Resources** | | | | | |
| 156 | 📋 | Hiring Process/SFD | 1 day? | Tue 3/30/04 | Tue 3/30/04 | | Ethel |
| 157 | 📋 | Minim qualifications | 1 day? | Tue 4/27/04 | Tue 4/27/04 | | All |
| 158 | 📋 | discipline process | 1 day? | Tue 4/27/04 | Tue 4/27/04 | | All |
| 159 | 📋 | testing process | 1 day? | Tue 4/27/04 | Tue 4/27/04 | | All |
| 160 | 📋 | drug testing policy | 1 day? | Tue 4/27/04 | Tue 4/27/04 | | All |
| 161 | 📋 | AMR Hiring Process | 1 day? | Tue 4/27/04 | Tue 4/27/04 | | Barry,Irene |
| 162 | | **Obtain RFP's From Other Areas** | 1 day? | Tue 3/30/04 | Tue 3/30/04 | | |
| 163 | | Clark County | 1 day? | Tue 3/30/04 | Tue 3/30/04 | | Barry |
| 164 | | Santa Cruz | 1 day? | Tue 3/30/04 | Tue 3/30/04 | | Barry |
| 165 | | Merced | 1 day? | Tue 3/30/04 | Tue 3/30/04 | | Barry |
| 166 | | Sac Metro Fire agreement | 1 day? | Tue 3/30/04 | Tue 3/30/04 | | Ed |
| 167 | | Contra Costa County and Clalaveras RFP | 1 day? | Tue 3/30/04 | Tue 3/30/04 | | All |
| 168 | | | | | | | |
| 169 | | **Risk Management** | 1 day? | Tue 3/30/04 | Tue 3/30/04 | | |
| 170 | 📋 | Any identified Risk management policies/procedures | 1 day? | Tue 4/27/04 | Tue 4/27/04 | | All |
| 171 | | Bring Forms for all Processes | 1 day? | Tue 3/30/04 | Tue 3/30/04 | | |
| 172 | 📋 | Daily check off sheets/medical inventory | 1 day? | Tue 4/20/04 | Tue 4/20/04 | | All |
| 173 | | Safety Manual AMR | 1 day? | Tue 3/30/04 | Tue 3/30/04 | | Barry |
| 174 | | | | | | | |
| 175 | | | | | | | |
| 176 | | **Fleet Maintained** | **1 day?** | **Tue 3/30/04** | **Tue 3/30/04** | | |
| 177 | 📋 | SFD - Describe Fleet Maintaince Process | 1 day? | Tue 4/27/04 | Tue 4/27/04 | | Roy |
| 178 | | LFD - Describe Fleet Maintaince Process | 1 day? | Tue 3/30/04 | Tue 3/30/04 | | Pretz |
| 179 | | AMR - Describe Fleet Maintaince Process | 1 day? | Tue 3/30/04 | Tue 3/30/04 | | Barry |
| 180 | | Describe Joint Fleet Maintance Program | 1 day? | Tue 3/30/04 | Tue 3/30/04 | | All |

Page 5

CS 003372

| ID | O | Task Name | Duration | Start | Finish | P | Resource Names |
|---|---|---|---|---|---|---|---|
| 181 | | | | | | | |
| 182 | | Education Plan/need ACLS, PALS and PHTLS | 1 day? | Tue 3/30/04 | Tue 3/30/04 | | |
| 183 | | Current relationships | 1 day? | Tue 3/30/04 | Tue 3/30/04 | | Ed |
| 184 | | Bring safe station, smoke detector, citizen CPR info | 1 day? | Tue 3/30/04 | Tue 3/30/04 | | Ed |
| 185 | | Establish Courses / Instructors | 1 day? | Tue 3/30/04 | Tue 3/30/04 | | Tui |
| 186 | | | | | | | |
| 187 | | **Labor Relations** | **1 day?** | **Tue 3/30/04** | **Tue 3/30/04** | | |
| 188 | 🗓 | Bio of Labor officials | 1 day? | Tue 4/27/04 | Tue 4/27/04 | | All |
| 189 | 🗓 | Descriptions of Local | 1 day? | Tue 4/27/04 | Tue 4/27/04 | | All |
| 190 | 🗓 | Copies of AMR MOU | 1 day? | Tue 4/27/04 | Tue 4/27/04 | | Barry |
| 191 | 🗓 | Copies of SFD and LFD MOU | 1 day? | Tue 4/27/04 | Tue 4/27/04 | | Ed |
| 192 | | | | | | | |
| 193 | 🗓 | Employee Benefits | 1 day? | Tue 4/27/04 | Tue 4/27/04 | | All |
| 194 | 🗓 | Options / mental Health / EAP | 1 day? | Tue 4/27/04 | Tue 4/27/04 | | All |
| 195 | 🗓 | Preventative Health | 1 day? | Tue 4/27/04 | Tue 4/27/04 | | All |
| 196 | 🗓 | Annual testing | 1 day? | Tue 4/27/04 | Tue 4/27/04 | | All |
| 197 | 🗓 | fit / TB / Hep B | 1 day? | Tue 4/27/04 | Tue 4/27/04 | | All |
| 198 | 🗓 | Exposure Policies | 1 day? | Tue 4/27/04 | Tue 4/27/04 | | All |
| 199 | 🗓 | Osha compliance | 1 day? | Tue 4/27/04 | Tue 4/27/04 | | All |
| 200 | 🗓 | Health and Safety Policy | 1 day? | Tue 4/27/04 | Tue 4/27/04 | | All |
| 201 | 🗓 | Policies and procedures, all bring, | 1 day? | Tue 4/27/04 | Tue 4/27/04 | | All |
| 202 | 🗓 | paramedic training program, NCTI | 1 day? | Tue 5/11/04 | Tue 5/11/04 | | Barry |
| 203 | 🗓 | SFD Paramedic Program | 1 day? | Tue 5/11/04 | Tue 5/11/04 | | Tui |
| 204 | 🗓 | CPR program | 1 day? | Tue 5/11/04 | Tue 5/11/04 | | Duiame |
| 205 | 🗓 | Continue education | 1 day? | Tue 5/11/04 | Tue 5/11/04 | | Tui/Irene |
| 206 | 🗓 | Public Access AED program | 1 day? | Tue 5/11/04 | Tue 5/11/04 | | All |
| 207 | 🗓 | Pacing | 1 day? | Tue 5/11/04 | Tue 5/11/04 | | All |
| 208 | 🗓 | All Ambulances need WMD nerve agent antidote | 1 day? | Tue 5/11/04 | Tue 5/11/04 | | Dave |
| 209 | 🗓 | Safe Station Program.... | 1 day? | Tue 5/11/04 | Tue 5/11/04 | | Ed |
| 210 | 🗓 | Training facilities | 1 day? | Tue 5/11/04 | Tue 5/11/04 | | All |
| 211 | 🗓 | Auto extrication | 1 day? | Tue 5/11/04 | Tue 5/11/04 | | SFD |
| 212 | 🗓 | TEMS - Swat Medical | 1 day? | Tue 5/11/04 | Tue 5/11/04 | | Lance |
| 213 | 🗓 | CIFRS/NIFRS data compliance | 1 day? | Tue 5/11/04 | Tue 5/11/04 | | Erdman |
| 214 | 🗓 | EMD / recognized program | 1 day? | Tue 5/11/04 | Tue 5/11/04 | | Cindy/Dav |
| 215 | 🗓 | AVL system for EMS Agency | 1 day? | Tue 5/11/04 | Tue 5/11/04 | | All |
| 216 | 🗓 | Patch UHF / VHF | 1 day? | Tue 5/11/04 | Tue 5/11/04 | | Cindy/Erdr |

CS 003373

| ID | O | Task Name | Duration | Start | Finish | P | Resource Names |
|---|---|---|---|---|---|---|---|
| 217 | | ICS 100, 200 and 300 | 1 day? | Tue 5/11/04 | Tue 5/11/04 | | Tui, Dave |
| 218 | | Opticom on ambulances and first response engines. | 1 day? | Tue 5/11/04 | Tue 5/11/04 | | All |

CS 003374

*American Medical Response, Inc. v. City of Stockton*
*United States District Court- Eastern District No. 2:05-CV-01316-DFL-PAN*

# EXHIBIT 9

# White, Brad

| | |
|---|---|
| From: | Gary Gillis [Gary.Gillis@ci.stockton.ca.us] |
| Sent: | Wednesday, June 22, 2005 9:38 AM |
| To: | Elzig, Barry; White, Brad; Dave Hafey |
| Cc: | Carl Eck; Christine Tien; Ed Rodriguez; Michael Rishwain; Ron Hittle; cplatten@wmjpr.com |
| Subject: | Re: Draft LLC Language |

First Responder fees are off the table per the CM. Other forms of remuneration in like amounts are to be instituted.

W. Gary Gillis
Fire Chief
Stockton Fire Department
425 N. El Dorado Street
Stockton, CA 95202
(209) 937-8801
(209) 937-8836 fax
Gary.Gillis@ci.stockton.ca.us

This email and any files transmitted
 with it are confidential and intended
 solely for the use of the individual or  entity to whom they are addressed.
 This message contains confidential information and is intended only for the individual named.
 If you are not the named addressee you should not disseminate, distribute or copy this e-mail.


>>> Dave Hafey 06/21/05 3:21 PM >>>
Chief Eck, Rodriguez and I are all working on draft language to present for the latest draft of our Draft LLC MOU Agreement. Chief Gillis has asked that I forward you the sections that we are working on per your request. The below information is a draft, is not complete, and has not been reviewed by our attorneys, City Manager or Fire Chief. In essence, we our working on language that contains our current JVA language, provides the structure for our LLC and recognizes the contribution of the fire service by funding "emergency services - first responder funding." It is my understanding that AMR wants to pay first responder fees as outlined in our JVA, but they want to remove the term, first responder fees. Does Emergency Service Fee meet this need?

Please review the following sections:

I.    This MOU will be a part of the Joint Venture Agreement entered into by the Parties as of July 3, 2003 (the "JV Agreement"). This fully executed "JV Agreement" was authorized by the Stockton City Council Resolution No. 03-0303 adopted on June 10, 2003. The Parties further agree that the JV Agreement will not be superceded by any additional future contractual obligations. ( Chief Gillis and C. Platten agree that the JVA can go away when the JVA Language is captured in the MOU and Operating agreements)

1.1   AMR shall cause to be formed a Limited Liability Company, whose members shall consist of the Parties. The name of the LLC shall be the San Joaquin County Emergency Medical Services LLC (the "LLC"). The purpose of the LLC shall be to prepare the Proposal and, if successful, provide Ambulance Services within the defined Service Areas. The Proposal shall describe a clinically superior and economically efficient delivery system that integrates ALS first responder services ("First Responder Services") with medical transportation services and provides coordinated dispatch and treatment capabilities. First Responder Services shall be provided by Stockton and, under a separate subcontract, by the City of Lodi ("Lodi").
(a)   This Proposal shall provide for funding to the Cities of Stockton and Lodi the reasonable Marginal Costs of providing ALS and/or BLS First Responder Services (Emergency Services Fee's).
(b)   Funding for emergency medical services dispatching by the Regional Fire and Emergency Medical Dispatch Center (SFD Center) is provided for in a previous agreement between the Parties.

1

Δ π EXHIBIT 6
Deponent meyer
Date 8-8-05 Rptr. BJH
WWW.DEPOBOOK.COM

AMR 001457

2.1   The LLC shall contract for Ambulance Services in Zone B from AMR and Stockton.  Each Party shall submit claims for such services using one (1) agreed upon independent billing entity (to be determined by mutual agreement of the Parties) and shall cause the total collections from such services to be deposited into a "Lock Box" to be maintained by the LLC.  The total amount deposited into the Lock Box shall constitute "Total Collections."

3.   EMERGENCY SERVICES.
3.1   The LLC shall also subcontract with Stockton to provide EMERGENCY Services.  Such services shall be performed in accordance with the applicable state and county guidelines and/or statutes and under the full direction of the City of Stockton Fire Chief as outlined within the Charter of the City.  The LLC shall compensate Stockton for Emergency Services, in an annual amount per each twenty-four (24) hour ALS first responder engine to be agreed upon by the Parties.  Such amount shall be intended to cover the reasonable marginal costs to Stockton of providing Emergency Services ("ALS Marginal Costs") for up to thirteen (13) strategically located engine companies and one (1) rescue company, as agreed upon by the Parties.  Emergency Services Costs shall include: ( Emergency Services ; ALS assistance, SFD Management Fee, Oversight Fee);

3.3   Stockton shall provide for AMR at a fair market value, the following physical contributions;
(a)   Provide usable surplus City property to house up to four (4) twenty four (24) hour ALS units at an agreed upon contribution amount or equal value of like services;
(b)   Provide usable surplus City property, to meet specifications outlined by AMR, to house office and medical supply management for the mutual use of all required RFP services. Not withstanding the above, assets may be used for AMR's provision of services outside of the County Contract. Examples include, but are not limited to, needed billing, administrative and managerial functions necessary for AMR to comply with their LLC contractual agreements. Locations will be further outlined within the Operating Agreement.

7.3    In the event the LLC is not successful in securing an award of the County Contract for that part of the Service Area that includes Zone B:
(a)    This MOU shall be deemed terminated and
(i)    Both Parties shall have their individual contributions returned in whole, minus any initial start-up costs associated with the RFP process or forming of an LLC.

7.4   In the event the LLC is awarded the County Contract for that part of the Service Area that includes Zone B, this MOU shall remain in effect with an Operating Agreement and such other agreements as the parties may enter into, or until the dissolution of the LLC. The parties shall use their best efforts to execute and sign an Operating Agreement and such other agreements they deem necessary at least one (1) month prior to the commencement date of the County Contract.

9.6   This MOU, the Regional Fire and Emergency Medical Dispatch Agreement and the Joint Venture Agreement constitutes a whole and existing binding agreements between the Parties. Other than the representations expressly stated as such in this MOU, there are no warranties, promises or representations of any kind, express or implied, upon which either Party has relied in entering into this MOU, or as to the future relationships or dealings of the Parties.  This MOU is intended solely for the benefit of the Parties and has no third party beneficiaries.

AMR 001458