*American Medical Response, Inc. v. City of Stockton*
*United States District Court- Eastern District No. 2:05-CV-01316-DFL-PAN*

# EXHIBIT 10



## MEMORANDUM

**DATE:** March 10, 2004
**TO:** Barry
**FROM:** Brad
**SUBJECT:** SJC Action Items

---

The following is a list of action items from our multiple recent discussion/meetings. Please review and add anything that I have missed. When complete lets meet to discuss.

<u>Operations RFP Team Leader</u>

- Barry Elzig assigned

<u>SJC Operations Leadership</u>

- For an interim period beginning March 10, 2004, through the completion of the SJC and CAL RFP's, Field Supervisor Bob Wattenbarger shall be incrementally relieved of his Field Supervisory Duties. Mr. Wattenbarger shall be assigned as an Administrative Supervisor. The goal of this action is to relieve Director of Operations, Barry Elzig of identified day-to-day operations tasks, allowing him to focus on RFP process leadership.
- Train Mr. Wattenbarger: Utilize all available resources, Brad, Denise, Keri Pedro, etc. HIGH PRIORITY
- New Account Manager: focus training in Stanislaus for the time being.

<u>Pre-RFP Action Items</u>

- ASAP, schedule a meeting (in Livermore) with SFD and Scottie Sayles to start building a relationship.
- For early April, schedule a RFP kick-off meeting to include all signatories of the Joint Venture Agreement (JVA).
- Develop a list of subject matter experts and give them a heads up: CES, H/R, Finance, etc.   [REDACTED stamp over text]
- SFD request: gather two recent bid documents that AMR has won and two that we have lost.



AMR 003350

- Brainstorm Meeting:
    - Evaluate services that AMR can provide to the JV group that reduces total cost of services for all parties:
        - Medical Billing
        - CES
        - Compliance
        - MEDS/ Eden
        - Ambulance services management
    - What if: City of Stockton
        - All ambulance transports are billed and collected by AMR
        - Regardless of who ran the call, develop a dispersement of funds to the parties
        - Covering cost
        - Providing a reasonable and agreed upon rate of return
        - Remaining funds go into an EMS enhancement fund administered by the parties of the JV chaired by a neutral party or a 3rd entity.

Compliance

- Research processes to ensure pass through funds and in-kind services meeting OIG compliance regulations
- Obtain regulations for review


REDACTED


Rate Increase

- Complete rate Survey and send to Diane Akers - Done
- Should we send a second survey to show counties that have pass-through dollars?
- Set up meeting with Elaine to identify process
    - Develop history spreadsheet of SJC rate increases
    - Keep recommended rates just below neighboring counties?
    - Letter to BOS Chair Leroy Ornaleas
    - Make contact with other BOS members to educate
    - Following meeting with Elaine AMR to spearhead BOS lobbying. SFD to handle cities.

AMR 003351

<u>Diane Akers</u>

- Identify and share with Diane other county contracts that have granted exclusivity for non-emergency ambulance services.

<u>SEUI Leadership</u>

- Plan monthly RFP updates?

AMR 003352