IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AMERICAN MEDICAL RESPONSE,

    Plaintiff,

    v.

CITY OF STOCKTON,

    Defendant.

CIV-S-05-1316 DFL PAN

MEMORANDUM OF OPINION AND ORDER

    Defendant and counterclaimant City of Stockton has filed an Ex Parte Application for an order permitting it to file under seal a Confidential Supplemental Memorandum of Points and Authorities. Because the filing of documents under seal runs counter to the recognized federal common law right of public access to court records, sufficiently important countervailing interests must support a sealing order. San Jose Mercury News, Inc. v. U.S. Dist. Court., 187 F.3d 1096, 1102 (9th Cir. 1999). At least at this juncture, it appears that such interests are present in this case. The City of Stockton has a legitimate interest in protecting the confidentiality of its business information and the terms of its bid to provide ambulance

1

services. The City of Stockton has made an adequate showing, for purposes of this motion to seal, that public access to certain of the information might give others an unfair competitive advantage. Moreover, the public has an interest in maintaining the competitive bidding process to provide public services.[1] However, it does not appear that all or most of the document contains confidential information. Accordingly, the City of Stockton shall file a redacted, unsealed copy of the memorandum, omitting confidential information. The redacted version shall be filed within 7 days of the date of this order. For the above reasons, IT IS HEREBY ORDERED THAT:

    1. The City of Stockton's Confidential Supplemental Memorandum of Points and Authorities in Support of the Motion for Preliminary Injunction shall be filed with this court under seal.

    2. The City of Stockton shall file a redacted, unsealed copy of the document that omits only confidential information. Redactions shall be indicated by asterisks.

////
////
////
////
////

---

[1] The court may eventually determine that the information is not confidential. This issue is disputed in the pending motions, and the court does not finally resolve that issue now. If the court does find that the information is already in the public record, it will order the filing to be unsealed.

1   IT IS SO ORDERED.

2   Dated: September 6, 2005

3

4

5   _____

6   DAVID F. LEVI
    United States District Judge