WULFSBERG REESE COLVIG & FIRSTMAN
PROFESSIONAL CORPORATION
Charles W. Reese - 045805
Timothy A. Colvig - 114723
Michael J. Higgins - 151549
Kaiser Center
300 Lakeside Drive, 24th Floor
Oakland, CA 94612-3524
Telephone: (510) 835-9100
Facsimile: (510) 451-2170

CITY OF STOCKTON
OFFICE OF THE CITY ATTORNEY
Richard E. Nosky - 130726
Michael T. Rishwain - 109402
City Hall - 425 N. El Dorado Street
Stockton, CA 95202
Telephone: (209) 937-8333
Facsimile: (209) 937-8898

Attorneys for Defendant and Counterclaimant
City of Stockton

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN MEDICAL RESPONSE, INC., A Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF STOCKTON, A California Municipal Corporation; DOES 1 THROUGH 50,<br><br>Defendant. | No. 2:05-CV-01316-DFL-PAN<br><br>**STIPULATION AND PROPOSED ORDER EXTENDING TIME FOR RULE 26(a)(1) INITIAL DISCLOSURES AND RULE 26(f) CONFERENCE OF PARTIES** |
| CITY OF STOCKTON, a California Municipality,<br><br>Counterclaimant,<br><br>v.<br><br>AMERICAN MEDICAL RESPONSE, INC., a Delaware Corporation,<br><br>Counterdefendant. | |

**STIPULATION**

This lawsuit concerns, among other things, a Request for Proposals (a "RFP") for Exclusive Emergency Ambulance Service the County of San Joaquin issued in July 2005.  The parties to this action, City of Stockton ("City") and American Medical Response, Inc. ("AMR") believe that the scope of claims and defenses in this case will be more definite after the County of San Joaquin makes an award pursuant to its RFP process.  The County has announced that it intends to finalize its award decision on November 15, 2005.

Accordingly, the City and AMR jointly request that this Court permit them to hold their conference pursuant to Federal Rule of Civil Procedure 26(f) after November 15, 2005, but not later than November 22, 2005.  The parties also request that this Court permit the City and AMR to conduct their initial disclosures under Rule 26(a)(1) and to submit to the Court their Rule 26(f) discovery plan within two weeks after the Rule 26(f) conference.

THE CITY AND AMR SO STIPULATE.

DATED: October 19, 2005　　　　　　　WULFSBERG REESE COLVIG & FIRSTMAN
　　　　　　　　　　　　　　　　　　　　PROFESSIONAL CORPORATION

　　　　　　　　　　　　　　　　　　　By ___/S/ Michael J. Higgins___
　　　　　　　　　　　　　　　　　　　　　MICHAEL J. HIGGINS
　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant and Counterclaimant
　　　　　　　　　　　　　　　　　　　　　City of Stockton

DATED: October 19, 2005　　　　　　　FOLEY & LARDNER LLP

　　　　　　　　　　　　　　　　　　　By ___/S/ Page R. Barnes___
　　　　　　　　　　　　　　　　　　　　　PAGE R. BARNES
　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff and Counterdefendant
　　　　　　　　　　　　　　　　　　　　　American Medical Response, Inc.,

**ORDER**

IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　_/s/ David F. Levi_
　　　　　　　　　　　　　　　　　　　　DAVID F. LEVI
　　　　　　　　　　　　　　　　　　　　U.S. DISTRICT COURT JUDGE