IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AMERICAN MEDICAL RESPONSE, INC.

    Plaintiff,                      CIV-S-05-1316 DFL PAN

    v.                                   ORDER

CITY OF STOCKTON,

    Defendant.
_____/

CITY OF STOCKTON,

    Counterclaimant,

    v.

AMERICAN MEDICAL RESPONSE, INC.

    Counterdefendant.
_____/

    On April 10, 2006, the court issued a pre-trial scheduling order for this case.  Defendant City of Stockton objects to the order and asks the court to require plaintiff American Medical Response, Inc. ("AMR") to disclose information related to AMR-West as part of AMR's Fed.R.Civ.P. 26 disclosures.  This request

is DENIED.  The City is free to use the discovery process to discover any necessary information related to this entity.  The disclosure rule is not intended to substitute for discovery of this nature.

    IT IS SO ORDERED.

Dated:  5/5/2006

_____
DAVID F. LEVI
United States District Judge