IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AMERICAN MEDICAL RESPONSE, INC.

    Plaintiff,

    v.

CITY OF STOCKTON,

    Defendant.
_____/

CITY OF STOCKTON,

    Counterclaimant,

    v.

AMERICAN MEDICAL RESPONSE, INC.

    Counterdefendant.
_____/

CIV-S-05-1316 DFL PAN

MEMORANDUM OF OPINION
AND ORDER

    The court has been advised of a citation error in its March 27, 2005 order for this matter.  In footnote 5 of the order, the citation to the Kintner Federal Antitrust Law Treatise is corrected as follows:  Joseph P. Bauer & William H. Page, II Kintner Federal Antitrust Law § 11.32 (2002).  See Fed.R.Civ.P. 60(a)(providing that clerical mistakes in a court order may be

1

1 corrected by the court at any time).

2    IT IS SO ORDERED.

3 Dated: 6/9/2006

_____
DAVID F. LEVI
United States District Judge