**FOLEY & LARDNER LLP**
2029 CENTURY PARK EAST, SUITE 3500
LOS ANGELES, CA 90067-3021
TELEPHONE:     310.277.2223
FACSIMILE:     310.557.8475

STEPHEN A. MCFEELY, BAR NO. 54099
LEILA NOURANI, BAR NO. 163336
MICHAEL A. NARANJO, BAR. NO. 221449
ATTORNEYS FOR PLAINTIFF AND COUNTERDEFENDANT,
AMERICAN MEDICAL RESPONSE, INC., A DELAWARE
CORPORATION

**WULFSBERG REESE COLVIG & FIRSTMAN PROFESSIONAL CORPORATION**
300 LAKESIDE DRIVE, 24TH FLOOR
OAKLAND, CA 94612-3524
TELEPHONE: 510.835.9100
FACSIMILE: 510.451.2170

CHARLES W. REESE, BAR NO. 045805
TIMOTHY A. COLVIG, BAR NO. 114723
MICHAEL J. HIGGINS, BAR NO. 151549
ATTORNEYS FOR DEFENDANT AND COUNTERCLAIMANT, CITY OF STOCKTON

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES DISTRICT COURT AMERICAN MEDICAL RESPONSE, INC., A DELAWARE CORPORATION<br><br>　　　　PLAINTIFF,<br><br>　　v.<br><br>CITY OF STOCKTON, A CALIFORNIA MUNICIPAL CORPORATION; DOES 1 THROUGH 50,<br><br>　　　　Defendants. | **CASE NO. 2:05-CV-01316-DFL-EFB**<br><br>**STIPULATION AND ORDER FOR EXTENSIONS OF TIME FOR EXPERT WITNESS DISCLOSURE** |
| CITY OF STOCKTON, A CALIFORNIA MUNICIPAL CORPORATION,<br><br>　　　　COUNTERCLAIMANT,<br><br>　　v.<br><br>AMERICAN MEDICAL RESPONSE, INC., A DELAWARE CORPORATION,<br><br>　　　　COUNTERDEFENDANT. | CASE FILED: JUNE 28, 2005<br>JUDGE: HON. DAVID F. LEVI |

1
STIPULATION FOR EXTENSIONS OF TIME FOR EXPERT WITNESS DISCLOSURE
CASE NO. 2:05-CV-01316-DFL-EFB

LACA_765765.1

IT IS HEREBY STIPULATED by plaintiff and counterdefendant American Medical Response, Inc. ("AMR") through its attorneys Foley & Lardner LLP and by defendant and counterclaimant City of Stockton ("Stockton") through its attorneys Wulfsberg Reese Colvig & Firstman, that the time for expert witness disclosures shall be extended from October 6, 2006 to November 6, 2006.

It is further stipulated that all supplemental expert witness disclosures shall be due by November 20, 2006.

DATED: SEPTEMBER 7, 2006                FOLEY & LARDNER LLP
                                        STEPHEN A. MCFEELY
                                        LEILA NOURANI
                                        MICHAEL A. NARANJO


                                        By: /S/ LEILA NOURANI
                                            LEILA NOURANI
                                        ATTORNEYS FOR PLAINTIFF AND COUNTER-
                                        DEFENDANT, AMERICAN MEDICAL
                                        RESPONSE, INC., A DELAWARE CORPORATION


DATED: SEPTEMBER 7, 2006                WULFSBERG REESE COLVIG & FIRSTMAN
                                        PROFESSIONAL CORPORATION


                                        BY: /S/ MICHAEL J. HIGGINS
                                            MICHAEL J. HIGGINS
                                        ATTORNEYS FOR DEFENDANT AND
                                        COUNTERCLAIMANT, CITY OF STOCKTON

IT IS SO ORDERED

DATED: SEPTEMBER 12, 2006               /S/ David F. Levi
                                        UNITED STATES DISTRICT COURT
                                        FOR THE EASTERN DISTRICT OF
                                        CALIFORNIA

1

LACA_765765.1