1  **FOLEY & LARDNER LLP**
   2029 CENTURY PARK EAST, SUITE 3500
   LOS ANGELES, CA 90067-3021
2  TELEPHONE:      310.277.2223
   FACSIMILE:      310.557.8475
3  STEPHEN A. MCFEELY, BAR NO. 54099
   LEILA NOURANI, BAR NO. 163336
4  COURTNEY R. HENNING, BAR. NO. 233935
   ATTORNEYS FOR PLAINTIFF AND COUNTERDEFENDANT,
   AMERICAN MEDICAL RESPONSE, INC., A DELAWARE
5  CORPORATION

6  **WULFSBERG REESE COLVIG & FIRSTMAN PROFESSIONAL CORPORATION**
   300 LAKESIDE DRIVE, 24TH FLOOR
7  OAKLAND, CA 94612-3524
   TELEPHONE: 510.835.9100
   FACSIMILE: 510.451.2170
8
   CHARLES W. REESE, BAR NO. 045805
9  TIMOTHY A. COLVIG, BAR NO. 114723
   MICHAEL J. HIGGINS, BAR NO. 151549
   ATTORNEYS FOR DEFENDANT AND COUNTERCLAIMANT, CITY
10 OF STOCKTON

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN MEDICAL RESPONSE, INC., A DELAWARE CORPORATION | CASE NO. 2:05-CV-01316-DFL-EFB |
| PLAINTIFF, | **JOINT STIPULATION AND [PROPOSED] ORDER RE: EXTENSION OF DISCOVERY CUT-OFF** |
| v. | |
| CITY OF STOCKTON, A CALIFORNIA MUNICIPAL CORPORATION; DOES 1 THROUGH 50, | |
| Defendants. | |
| CITY OF STOCKTON, A CALIFORNIA MUNICIPAL CORPORATION, | CASE FILED: JUNE 28, 2005 |
| | JUDGE: HON. DAVID F. LEVI |
| COUNTERCLAIMANT, | |
| v. | |
| AMERICAN MEDICAL RESPONSE, INC., A DELAWARE CORPORATION, | |
| COUNTERDEFENDANT. | |

1
JOINT STIPULATION AND [PROPOSED] ORDER RE: EXTENSION OF DISCOVERY CUT-OFF
CASE NO. 2:05-CV-01316-DFL-EFB

LACA_769262.1

1   ALL APPEARING PARTIES IN THE ABOVE ACTION, by and through their respective attorneys of record, hereby request that the Court order the discovery cut-off be extended from December 20, 2006 to January 22, 2007.  This request is based on the facts immediately below, to which the parties hereto stipulate and agree.

1. The parties have not previously stipulated to, and the Court has not approved, any extensions of the discovery cut-off.

2. This case involves a large volume of documents that has delayed the production of documents.  Document production has still not been completed.

3. Several necessary depositions have not yet been taken or scheduled.  These depositions cannot be taken until document production is complete.

4. Based on the foregoing, the parties represent that they believe an extension of time is needed to complete discovery.  An extension of the discovery cut-off, from December 20, 2006 to January 22, 2007, is appropriate.

///
///
///
///
///

5. This stipulation is without prejudice to any position the parties may take in any discovery proceeding or any other type of motion, including those mentioned herein. The parties expressly reserve all rights, arguments and objections and nothing herein shall be construed as an admission that any motion does or does not have merit.

IT IS SO STIPULATED.

DATED: SEPTEMBER ___, 2006               FOLEY & LARDNER LLP
                                          STEPHEN A. MCFEELY
                                          LEILA NOURANI
                                          COURTNEY R. HENNING


                                          By:/S/ Leila Nourani
                                             LEILA NOURANI
                                          ATTORNEYS FOR PLAINTIFF AND COUNTER-
                                          DEFENDANT, AMERICAN MEDICAL
                                          RESPONSE, INC., A DELAWARE CORPORATION

DATED: September ____, 2006              WULFSBERG REESE COLVIG & FIRSTMAN
                                          PROFESSIONAL CORPORATION


                                          BY: /S/ LAURIE E. SMITH
                                              MICHAEL J. HIGGINS
                                          ATTORNEYS FOR DEFENDANT AND
                                          COUNTERCLAIMANT, CITY OF STOCKTON

**[PROPOSED] ORDER**

GOOD CAUSE APPEARING THEREFORE IN THE ABOVE STIPULATION OF THE PARTIES:

IT IS HEREBY ORDERED that the discovery cut-off in this case, previously set for December 20, 2006, shall be extended to January 22, 2007.

IT IS SO ORDERED

DATED:  10/6/ 2006            /s/ David F. Levi
               HONORABLE DAVID F. LEVI
               UNITED STATES DISTRICT COURT
               EASTERN DISTRICT OF CALIFORNIA

1

LACA_769262.1

# PROOF OF SERVICE

I am employed in the **County of Los Angeles**, **State of California**. I am over the age of 18 and not a party to this action; my current business address is **2029 Century Park East, Suite 3500, Los Angeles**.

On **September 28, 2006**, I served the foregoing document(s) described as: **Joint Stipulation and [Proposed] Order re Extension of Discovery Cut-Off** on the interested parties in this action as follows:

__X__  BY THE FOLLOWING MEANS:
 I placed a true copy thereof enclosed in sealed envelope(s) addressed as follows:

Laurie E. Smith, Esq.
Michael J. Higgins, Esq.
Wulfsberg Reese Colvig & Firstman
300 Lakeside Drive
24th Floor
Oakland, California 94612

__X__  BY MAIL
  __X__  I placed the envelope(s) with postage thereon fully prepaid in the United States mail, at **Los Angeles, California**.

  __X__  I am readily familiar with the firm's practice of collection and processing correspondence for mailing with the United States Postal Service; the firm deposits the collected correspondence with the United States Postal Service that same day, in the ordinary course of business, with postage thereon fully prepaid, at **Los Angeles, California**. I placed the envelope(s) for collection and mailing on the above date following ordinary business practices.

__X__  Executed on **September 28, 2006**, at **Los Angeles, California**.

__X__  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_____
Melissa Kimmell

1