FOLEY & LARDNER LLP
555 SOUTH FLOWER STREET, SUITE 3500
LOS ANGELES, CA 90071-2411
TELEPHONE:  213.972.4500
FACSIMILE:   213.486.0065

Stephen A. McFeely, CA Bar No. 054099
Leila Nourani, CA Bar No. 163336
Attorneys for Plaintiff and Counterdefendant,
AMERICAN MEDICAL RESPONSE, INC.

WULFSBERG REESE COLVIG & FIRSTMAN
300 LAKESIDE DRIVE, 24TH FLOOR
OAKLAND, CALIFORNIA 94612
TELEPHONE: (510) 835-9100
FACSIMILE: (510) 451-2170

Charles W. Reese, CA Bar No. 045805
Michael J. Higgins, CA Bar No. 151549
Attorneys for Defendant and Counter-Claimant,
CITY OF STOCKTON

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN MEDICAL RESPONSE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF STOCKTON, a California municipal corporation; DOES 1 THROUGH 50,<br><br>Defendants. | Case No: Case No. 2:05-CV-01316-DFL-EFB<br><br>**JOINT STATUS REPORT**<br><br>Judge:      Hon. John A. Mendez |
| AND RELATED COUNTERCLAIM | |

## INTRODUCTION

Pursuant to the Court's October 8, 2008 Minute Order, and Eastern District of California Local Rule 16-240, Plaintiff and Counter-Defendant American Medical Response, Inc. ("AMR") and Defendant and Counter-Claimant City of Stockton (the "City") (jointly, the "Parties") submit this Joint Status Report regarding the status of this action. Because the Parties have very recently reached agreement to submit to the Court a Stipulation of Dismissal without prejudice of all claims and counterclaims in this action, this joint status report will not address most of the case management matters identified in Rule 16-240, that would otherwise be applicable.

## PROCEDURAL BACKGROUND

AMR filed its Complaint in this action on June 28, 2005. The City filed its Answer and Counterclaim on July 12, 2005. The Parties have completed discovery, and discovery in the action is now closed.

A previously set trial date was vacated by the Court (Judge Levi) by order dated March 22, 2007. The case was transferred to Judge Beistline in June 2007, and retransferred to this Court on April 30, 2008. The trial date has never been reset.

## DISMISSALS WITHOUT PREJUDICE TO BE REQUESTED

On or about October 28, 2008, AMR (and a related entity, American Medical Response-West ["AMR-West]) on one hand, and the City on the other hand, agreed, subject to execution of a formal document, to voluntarily dismiss both this action (the "Federal action"), and a related action currently pending in San Joaquin County Superior Court (the "State action"). These voluntary dismissals will be without prejudice, in consideration for entering into a Tolling / Standstill Agreement (the "Agreement"). The purpose of the Agreement is to allow a lawsuit between the City and the County of San Joaquin ("County") (*County of San Joaquin v. City of Stockton, et al.* pending in the Superior Court of California, County of Stanislaus, Case No. CV 379455 (the "Dispatch case")) to proceed to resolution, in advance of further litigation between the City and

AMR and AMR-West. (The Dispatch case is over whether, among other things, the County has the authority to order the City to direct all 9-1-1 emergency medical calls to AMR-West for call screening and dispatching.) The Parties believe that it would be mutually beneficial for the Dispatch case to proceed to final judgment, or final resolution through settlement, in advance of the Parties having to incur the monetary expense and other costs of further pretrial proceedings and trial in the Federal and State AMR cases under the current deadlines.[1]

The parties have agreed on the terms of the Agreement, and are in the process of circulating the Agreement for signature, and expect to file a Stipulation of Dismissal of this case pursuant to Fed.R.Civ.P. 41(a)(1), and a request for dismissal of the State Action, without prejudice, in short order.

Dated: October

FOLEY & LARDNER LLP
STEPHEN A. MCFEELY
LEILA NOURANI

By: /s/ Leila N.
LEILA NOURANI
Attorneys for Plaintiff and Counterdefendant, AMERICAN MEDICAL RESPONSE, INC., a Delaware corporation

---

[1] Following the termination of the tolling period, the parties have agreed that upon the filing of a new action on any or all of the claims, the procedural status of the refiled claims shall be the same as that existing at the time of the dismissals, to the greatest extent permitted by the Court; and in which event both parties shall request the Court for a schedule complying with the provisions of this Agreement. This includes that discovery shall not reopen in the AMR Federal case.

| | | |
|---|---|---|
| 1 | Dated: October | WULFSBERG REESE COLVIG & FIRSTMAN<br>CHARLES W. REESE<br>MICHAEL J. HIGGINS |
| 2 | | |
| 3 | | |
| 4 | | By: _/s/ Charles Reese_ |
| 5 | | CHARLES W. REESE<br>Attorneys for Defendant and Counter-Claimant, the City of Stockton |

4

JOINT STATUS REPORT
CV-01316-DFL-EFB