1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN MEDICAL RESPONSE, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>  vs.<br><br>CITY OF STOCKTON, a California municipal corporation; DOES 1 THROUGH 50,<br><br>    Defendants. | Case No:  2:05-CV-01316-JAM-EFB<br><br>**ORDER OF DISMISSAL** |
| CITY OF STOCKTON, a California municipal corporation,<br><br>    Counterclaimant,<br><br>  vs.<br><br>AMERICAN MEDICAL RESPONSE, INC., a Delaware corporation,<br><br>    Counterdefendant. | |

On November 17, 2008, the parties filed a Stipulation Re Dismissal, stipulating by and between the parties that the entire action of all parties and all causes of action, including all counterclaims, be dismissed without prejudice pursuant to Rule 41(a)(1) of

PDF created with pdfFactory trial version www.pdffactory.com

the Federal Rules of Civil Procedure.

IT IS THEREFORE ORDERED THAT:

This entire action of all parties and all causes of action, including all counterclaims, is dismissed without prejudice and all dates are vacated.

Dated:  December 18, 2008            /s/ John A. Mendez
                                     **JOHN A. MENDEZ**
                                     U.S. DISTRICT COURT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com